133 A.3d 280

IN THE MATTER OF BARRY J. BERAN, AN ATTORNEY AT LAW (ATTORNEY NO. 019301980).

March 29, 2016.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–360 of **BARRY J. BERAN** of **CHERRY HILL,** who was admitted to the bar of this State in 1981;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.8(e) (providing financial assistance to clients in connection with pending or contemplated litigation), *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(b) (failure to promptly disburse funds), and *RPC* 1.15(d) (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.8(e), *RPC* 1.15(a), *RPC* 1.15(b), and *RPC* 1.15(d), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2014–0510E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **BARRY J. BERAN** of **CHERRY HILL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.